**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 13, 2020.**



_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | CASE NO. 19-52782-cag |
|---|---|---|
| | § | |
| RATTRAY DINER GROUP, LLC | § | |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVER OF 30 DAY HEARING REQUIREMENT**

On February 11, 2020, a Motion for Entry of Agreed Order Granting Relief from the Automatic Stay (the "Motion") regarding the personal property of Rattray Diner Group, LLC (the "Collateral") was filed in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order:

IT IS THEREFORE ORDERED that the automatic stay provided in 11 U.S.C. § 362 be, and it is hereby, LIFTED and TERMINATED so as to authorize LiftFund, Inc., and its agents and assigns, to immediately pursue any and all of its rights and remedies under state law and the security documents pledging the Collateral, including repossession, foreclosure, and sale of said Collateral.

IT IS FURTHER ORDERED that, since the Motion was unopposed by any party, the (14)-day stay period otherwise imposed by Fed. R. Bankr. R. 4001 (3) shall not be applicable to this Order.

###

| **ORDER SUBMITTED BY:** | **APPROVED AS TO FORM AND CONTENT:** |
|---|---|
| */s/Ryan Dunn* | */s/Jesse Blanco, Jr.* |
| Ryan Dunn | Jesse Blanco, Jr. |
| DUNN PLLC | Law Office of Jesse Blanco |
| State Bar No. 24056749 | State Bar No. 02449600 |
| 405 Main Street, Suite 836 | 7406 Garden Grove |
| Houston, Texas 77002 | San Antonio, TX 78250 |
| ryan@dunnpllc.com | jesseblanco@sbcglobal.net |
| **ATTORNEY FOR CREDITOR** | **ATTORNEY FOR DEBTOR** |